IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **THE WHITING-TURNER CONTRACTING COMPANY,** </br></br> *Plaintiff*, </br></br> v. </br></br> **PLENTY UNLIMITED INC.** </br></br> *Defendant*. | Case No. 3:24-cv-00855 (DJN) |

## NOTICE OF WAIVER OF ORAL ARGUMENT

PLEASE TAKE NOTICE that Defendant Plenty Unlimited Inc. is hereby waiving oral argument on its Motion to Dismiss Plaintiff The Whiting-Turner Contracting Company's Complaint, or, in the Alternative, to Stay the Dispute Pending Mediation and to Join a Necessary Party.

Dated: December 26, 2024

Respectfully submitted,

Plenty Unlimited Inc.

By Counsel

*/s/ Justin D. deBettencourt*
Justin D. deBettencourt (VSB No. 83806)
REED SMITH LLP
7900 Westpark Drive
Suite T700
McLean, Virginia 22102
Telephone: (703) 641-4200
Facsimile: (703) 641-4340
jdebettencourt@reedsmith.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 26, 2024, I caused a copy of the foregoing *Notice of Waiver of Oral Argument* to be served by the Court's CM/ECF system, which will send notification via email to counsel of record.

                                           */s/ Justin D. deBettencourt*
                                           Justin D. deBettencourt